IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY L. GRAHAM,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0401

Opinion filed February 6, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Anthony L. Graham, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  DISMISSED. <u>See</u> Florida Rule of Appellate Procedure 9.141(d)(6)(C).

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.